AO 451 (Rev.12/93) Certification of Judgment

# UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Days Inns Worldwide, Inc., a Delaware Corporation

V.

Ramji Corporation, an Iowa Corporation; Ajay Patel, an individual; Nileema Patel, an individual; Digvijay Patel, an individual; Bharti Patel, an individual; and Nanjebhai Patel, an individual

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number: 05-3942(JCL)

FILED
MAR 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, _____William T. Walsh_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action _____10/24/2006_____, as it appears in the records of this court, and that

Date

no notice of appeal from this judgment has been filed, and no motion of any kind in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court.

12/6/06
Date

WILLIAM T. WALSH
Clerk

(By) Deputy Clerk

08CV1649
JUDGE HIBBLER
MAGISTRATE JUDGE NOLAN

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

RECEIVED
WILLIAM T. WALSH, CLERK

2006 OCT 24  P 4: 05

UNITED STATES
DISTRICT COURT

PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, N.J. 07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, N.J. 07932-0950
(973) 966-6300
Attorneys For Plaintiff
Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | HON. JOHN C. LIFLAND, U.S.D.J. Civil Action No. 05-3942 (JCL) |
| Plaintiff, | |
| v. | |
| RAMJI CORPORATION, an Iowa Corporation; AJAY PATEL, an individual; NILEEMA PATEL, an individual; DIGVIJAY PATEL, an individual; BHARTI UPADHYAY, an individual; and NANJEBHAI PATEL, an individual, | FINAL JUDGMENT AWARDING ATTORNEYS' FEES AND COSTS |
| Defendants. | |

This matter having been opened to the Court on the application of plaintiff Days Inns Worldwide, Inc. ("DIW"), by its attorneys, Pitney Hardin LLP (David S. Sager, Esq., and Dennis R. LaFiura, Esq. appearing), seeking attorneys' fees and costs; and it appearing that the Court entered a Final Judgment

1458476A01100606

on September 15, 2006 awarding DIW $414,272.37 for Recurring Fees and liquidated damages with prejudgment interest, and granting DIW attorneys' fees and costs to be determined and awarded by the Court after DIW's counsel submits its billing records for review; and the Court having reviewed the submission of DIW in support of its request for attorneys' fees and costs; and good cause having been shown:

IT IS on this 24th day of October, 2006,

**ORDERED** that final judgment for attorneys' fees and costs be entered in favor of DIW and against defendants Ramji Corporation, Ajay R. Patel, Nileema Patel, Digvijay Patel, and Bharti Upadhyay, jointly and severally, and in addition to and without affecting the Final Judgment entered by the Court on September 15, 2006, for attorneys' fees and costs in the amount of $28,587.72.

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
         Deputy Clerk

HON. JOHN C. LIFLAND, U.S.D.J.